IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD OLIVER HOOKER,

    Plaintiff,                    No. 2:11-cv-0899 JFM (TEMP) (PC)

    vs.

T. KIMURA-YIP, et al.,

    Defendants.          <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Within thirty days from the date of this order, plaintiff shall complete the

3  attached Notice of Submission and submit the following documents to the court:

4         a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

5  and

6         b.  a certified copy of plaintiff's prison trust account statement for the six

7  month period immediately preceding the filing of his complaint.

8     2. The Clerk of the Court is directed to send plaintiff a new Application to

9  Proceed In Forma Pauperis By a Prisoner; and

10     3. Plaintiff's failure to comply with this order may result in the dismissal of this

11  action without prejudice.

12  DATED: April 19, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
hook0899.3c+new

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD OLIVER HOOKER,

    Plaintiff,                                       No. 2:11-cv-0899 JFM (TEMP)(PC)

    vs.

T. KIMURA-YIP, et al.,                         <u>NOTICE OF SUBMISSION</u>

    Defendants.

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____         Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                                      _____

                                                      Plaintiff