1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD O. HOOKER,

11              Plaintiff,                    No. CIV S-11-0899 LKK CKD P

12         vs.

13   T. KIMURA-YIP, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  On February 1, 2012, this court issued findings and

18   recommendations recommending that this action be dismissed due to plaintiff's failure to timely

19   file an amended complaint.  (Dkt. No. 16.)  Two days later, plaintiff signed and dated a motion

20   for an extension of time until March 16, 2012 to file an amended complaint.  He states that he

21   and all his possessions were transferred to California State Prison-Los Angeles in mid-January,

22   and that, due to the transfer, he was unable to earlier request an extension of the amended

23   complaint deadline.  This motion was docketed on February 10, 2012.  (Dkt. No. 17.)

24              As plaintiff sought an extension of time as soon as circumstances allowed, the

25   court will vacate its February 1, 2012 recommendation that this action be dismissed.

26   \\\\\

                                             1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The court's February 1, 2012 recommendation that this action be dismissed is

3    VACATED;

4          2.  Plaintiff is granted until March 16, 2012 to file an amended complaint.

5    Dated: February 22, 2012

6

7                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
8

9
     2
10   hook0899..vac

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2